IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:24-cr-180 (PTG) |
| RAYMOND RAHBAR, JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on Defendants' pre-trial motions (Dkts. 49, 52, 97, 99, 102, 104, 107). On April 10 and April 15, 2025, this Court accepted Defendant Ryan Macaulay's and Defendant Raymond Rahbar Jr's pleas. Dkts. 111-112. Accordingly, it is hereby

**ORDERED** that Defendants' pretrial motions (Dkts. 49, 52, 97, 99, 102, 104, 107) are **DENIED** as moot.

Entered this 14th day of August, 2025.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge