FILED: October 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4546
(1:24-cr-00180-PTG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RAYMOND RAHBAR, JR.

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cr-00180-PTG-1 |
| Date notice of appeal filed in originating court: | 10/09/2025 |
| Appellant(s) | Raymond Rahbar, Jr. |
| Appellate Case Number | 25-4546 |
| Case Manager | K. Stump<br>804-916-2702 |