IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   1:24-cr-180 |
| RYAN MACAULAY, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

This matter comes before the Court on Defendant Ryan Macaulay's Motion to Extend the Bureau of Prisons Reporting Date (Dkt. 160). Defendant's filing does not include information from a medical professional. Nor does the filing include a plan for how Defendant will participate in his mother's care. Accordingly, it is hereby

**ORDERED** that the Motion to Extend the Reporting Date (Dkt. 160) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Defendant's report date is extended to November 30, 2025, to permit Defendant to supplement his filing with updated information following his mother's November 20, 2025, doctor's appointment.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 7th day of November, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge