```
                    UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA


    UNITED STATES OF AMERICA        :
                                    :
                    Plaintiff,      :   Criminal Action
                                    :   No. 24-180-PTG-1
                                    :
             v.                     :   Court of Appeals
                                    :   No. 25-4546
                                    :
    RAYMOND RAHBAR, JR.(1)          :
                                    :   September 12, 2024
                                    :   9:00 a.m.
                    Defendant.      :
                                    :
    ............................. :
```

### TRANSCRIPT OF PROCEEDINGS
### BEFORE THE HONORABLE PATRICIA TOLLIVER GILES,
### UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the United States:      **Christopher J. Hood, Assistant U.S. Attorney**
                            UNITED STATES ATTORNEY'S OFFICE
                            EASTERN DISTRICT OF VIRGINIA
                            2100 Jamieson Avenue
                            Alexandria, VA 22314
                            703-299-3700
                            Email: Christopher.hood2@usdoj.gov

                            **Kristin S. Starr, Assistant U.S. Attorney**
                            UNITED STATES ATTORNEY'S OFFICE
                            EASTERN DISTRICT OF VIRGINIA
                            2100 Jamieson Avenue
                            Alexandria, VA 22314
                            703-299-3700
                            Email: Kristin.Starr@usdoj.gov

APPEARANCES:  (Cont.)


For Defendant Rahbar:        **Mark Elliott Schamel, Esq.**
                            VENABLE LLP (DC-NA)
                            600 Massachusetts Avenue, NW
                            Washington, DC 20001
                            202-344-4000
                            Fax: 202-344-8300
                            Email: Meschamel@venable.com


Court Reporter:             **Scott L. Wallace, RDR, RMR, CRR**
                            Official Court Reporter
                            United States District Court
                            401 Courthouse Square
                            Alexandria, VA 22314-5798
                            Cell: 443-584-6558
                            Email: Scottwallace.edva@gmail.com


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

**MORNING SESSION, SEPTEMBER 12, 2024**

(9:08 a.m.)

THE COURTROOM CLERK:  The Court calls *United States of America versus Raymond Rahbar*, Jr., Case Number 1:24-cr-180.

May I have appearances, please, first for the government.

MR. HOOD:  Good morning, Your Honor.  Chris Hood and Kristen Starr on behalf of the United States

THE COURT:  Good morning.

MS. STARR:  Good morning.

THE COURT:  Good morning to both of you.

MR. SCHAMEL:  Good morning, Your Honor.  Mark Schamel. I'm not appearing on behalf of Mr. Rahbar.

As Your Honor may recall from our last appearance, we were in the process of trying to be retained.  I was going to file both an appearance and a *pro hoc vice*.  That was the intention. We have not been able to work out an agreement with Mr. Rahbar to be retained, and so Mr. Rahbar has submitted a financial application and asks the Court to appoint counsel.

THE COURT:  Well, let me hear from him since you're not representing him.  But thank you for --

MR. SCHAMEL:  May I sit at the table or do you want --

THE COURT:  Sit the at the table, but I'm going to hear from Mr. Rahbar.

MR. SCHAMEL:  Understood.

THE DEFENDANT:  Thank you, Your Honor.  As Mr. Schamel has

indicated, we have not come to agreement on an engagement letter. We had one that was pre-indictment. Obviously, I've been indicted and arraigned. He did show up for a limited hearing for the bond and the arraignment, but we have not had any agreement past that.

I have, approximately two Wednesday ago, 15 days ago, I had tried to submit a financial affidavit with the Clerk's Office. They wouldn't allow it because they thought Mr. Schamel was actually my attorney of record because it was part of the thing. I explained that it was a limited appearance, a special appearance. They said they couldn't change what had been written on the documents, so I could not submit my financial affidavit.

I called again last week to see if a different person gives me a different answer. I had basically the same response. This morning they did physically accept the financial affidavit, but they said we'll just put it in the file pending what happens at this hearing this morning, and I am here requesting a public defender.

THE COURT: Okay. But is there a conflict with the Public Defender's Office in this case? So they are not available. So the Court will -- I'll review your financial affidavit when it comes before me.

THE DEFENDANT: Okay.

THE COURT: And I'm going to go ahead and appoint you an attorney from the CJA list.

THE DEFENDANT:  Okay.

THE COURT:  But I will let you know that, if the Court finds that you are able to pay, you will be reimbursing the Court for the cost of that representation.

THE DEFENDANT:  Understood, Your Honor.

THE COURT:  You should also understand that I've set this trial date, and I'm not moving it.

THE DEFENDANT:  This is not a tactic to delay the --

THE COURT:  I'm not saying it's a tactic.  I'm not assuming that.  I'm just putting you on notice that the trial date is not changing.

THE DEFENDANT:  Understood, Your Honor.

THE COURT:  Okay.  Thank you.  So I'll look for that today.

MR. HOOD:  Thank you, Your Honor.

MR. SCHAMEL:  Thank you, Your Honor.

May we be excused?

THE COURT:  You may.

MR. SCHAMEL:  Thank you, Your Honor.

THE COURT:  Call the next case.

(Proceedings adjourned at 9:11 a.m.)

### C E R T I F I C A T E

I, Scott L. Wallace, RDR-CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Scott L. Wallace                              1/6/25

-------------------------------          -----------------
**Scott L. Wallace, RDR, CRR**                  **Date**
   **Official Court Reporter**